**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    16-30038 |
| Plaintiff-Appellee, | D.C. No. 2:09-cr-00116-RHW |
| v. | |
| EDDIE RAY HALL, a.k.a. Eddy R. Hall, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Robert H. Whaley, District Judge, Presiding

Submitted December 14, 2016 [**]

Before:     WALLACE, LEAVY, and FISHER, Circuit Judges.

Eddie Ray Hall appeals from the district court's order denying his motion

for a sentence reduction under 18 U.S.C. § 3582(c)(2).  We have jurisdiction under

28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Hall contends that he is eligible for a sentence reduction under Amendment 782 to the Guidelines because the district court erred in concluding that his prior convictions qualified him as a career offender. We need not reach that question because the district court stated that, even if Hall were eligible for a sentence reduction, it would not grant one. We review that determination for an abuse of discretion, *see United States v. Dunn*, 728 F.3d 1151, 1155 (9th Cir. 2013), and find none. Contrary to Hall's claim, the court correctly calculated the amended Guidelines range. It explained that a reduction to a sentence within that range was not warranted, notwithstanding Hall's positive post-sentencing conduct, in light of Hall's criminal history and the threat he poses to the public. These were proper considerations. *See* U.S.S.G. § 1B1.10 cmt. n.1(B).

**AFFIRMED.**